IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAWYERS TITLE INSURANCE
CORPORATION,

        Plaintiff and Counter Defendant,

  vs.                                        No. CIV 08-1215 BB/LFG

DRAGONFLY DEVELOPMENT, INC.,

        Defendant and Counter Claimant.

## AMENDED SCHEDULING ORDER

      THIS MATTER came before the Court on a joint oral request by both parties, made at a telephonic status conference, to extend the dates for disclosure of expert witnesses, and the Court finding good cause therefor,

      IT IS THEREFORE ORDERED that the Court's prior Scheduling Order [Doc. 23] is amended as follows: The parties will conduct a simultaneous exchange of affirmative expert reports by **September 1, 2009**, and will conduct a simultaneous exchange of rebuttal expert reports by **September 19, 2009.** All other case management deadlines remain the same.

                                                       */s/ Lorenzo F. Garcia*
                                                         Lorenzo F. Garcia
                                                         Chief United States Magistrate Judge